UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC HERMANN,

                              Plaintiff,

                                                    Civil Action No. 18-cv-4356

           -against-                            AFFIDAVIT OF SERVICE

BDG MEDIA, INC.,

                              Defendant.

---

State of New York)
                SS.:
County of Albany)

Jeffrey Teitel, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of Summons in a Civil Action, Civil Cover Sheet, Complaint, Initial Conference Order, Civil Case Management Plan and Individual Rules of Practice Hon. Jed S. Rakoff, such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding,

Legal Representative as Agent for Service -Corporation Service Company on behalf of
**BDG MEDIA, INC.**
80 State Street- Albany, NY 12207
11:10     AM May 25, 2018

Deponent further states upon information and belief that said person so served in not in the Military service of the state of the State of New York or of the United States as the term is defined in either of the State or Federal Statutes.

Sworn to me this 25th day of
May, 2018

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_____
Jeffrey Teitel